## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Song K. Pak, | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | No. 09-cv-03392 |
| Verizon, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 8th day of July, 2010, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 17), and responses thereto (Doc. Nos. 23, 29), for the reasons set forth in the attached Memorandum, Defendant's Motion is GRANTED as to both counts of the Complaint.

BY THE COURT:

s/Curtis Joyner, J.